No. 98–10016. FREDERICK. *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 98–10018. DANZEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–10020. HERNANDEZ *v.* YEARWOOD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–10021. GORDON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–10022. GOINES *v.* MCANINCH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–10023. TURNER *v.* FARM BUREAU INSURANCE AGENCY. C. A. 8th Cir. Certiorari denied.

No. 98–10025. COLES *v.* SUPERVALU, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–10026. YARBROUGH *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–10027. THOMAS *v.* MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–10028. WARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–10029. WARE *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–10030. BADDOUR *v.* BIRKENBACH. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–10031. COLBERT *v.* WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–10032. DUFFUS, AKA LEWIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.